UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MINNIE WARD, | ) | |
| Plaintiff(s), | ) | No. C05-2651 BZ |
| v. | ) | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| Defendant(s). | ) | |

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Edward M. Chen to determine if it is related to <u>Ward v. Barnhart</u>, C02-1728 EMC.

Dated: March 28, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WARD\REFFERAL.doc

1