KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNIE WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-02651 EMC<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS ($2,814.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

> TONY ARJO
> 1440 BROADWAY, SUITE 1019
> OAKLAND, CA 94612
> (510) 451-2334  FAX 2310
> tarj@sbcglobal.net

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

Act.

    3. Payment of the TWO THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS ($2,814.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: September 15, 2006                 /s/
                                                TONY ARJO
                                                Attorney for Plaintiff

                                                KEVIN V. RYAN
                                                United States Attorney

Dated: September 18, 2006         By:     /s/
                                                SARA WINSLOW
                                                Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 3, 2006



EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

WARD, EAJA STIP (mw)
C 05-02651 EMC                               2